UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00431-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. RIGOVERTO VALLE-SIERRA,
   a/k/a "Jorge,"
2. JOSE ALFREDO SANCHEZ-GUSMAN,
   a/k/a Jose Alfredo Guzman,
   a/k/a "Macaco,"
3. BOGAR GONZALEZ-ITUARET,
   a/k/a Bogar Gonzalez-Ituarte,
   a/k/a "Hugo,"
   a/k/a Pedro Torres,
4. MARTIN GOMEZ-BERRERA,
   a/k/a Martin Gomez-Barrera,
   a/k/a "Huevo,"
   a/k/a "Huevito,"
   a/k/a Mario Alberto Osuna-Cuen,
5. FERNANDO VALENZUELA-SOTO,
   a/k/a Roberto Martinez-Beltran,
   a/k/a Mario Alberto Ozuna,
   a/k/a Mario Alberto,
   a/k/a "Jaime,"
   a/k/a Jose A. Zasueta,
   a/k/a Juan Al Parra,
   a/k/a Jaime Martinez-Beltran,
   a/k/a "Juan,"
   a/k/a 'Cameleon,"
   a/k/a "Sinola,"
6. HECTOR JESUS ZAMUDIO-TOLOZA,
   a/k/a Hector Jesus Zamudio-Tolosa,
   a/k/a "Tecate,"
7. JOSE QUINTANA,
   a/k/a "Chapo,"
   a/k/a "Chepo,"
   a/k/a 'Chepaneco,"

8. MICHAEL JAMES OVALLE,
   a/k/a Martin Ybarra-Mendoza,
9. ISMAEL GARCIA,

10. ELIZABETH MARCHAND,
    a/k/a Elizabeth Rodriguez,
11. MONICA ESTRADA,
    a/k/a Beatriz Delgado-Rodriguez,
12. AGUSTIN MAGANA-BERMEO,
13. LARRY JOE HERNANDEZ,
14. OMAR VALLE-SIERRA,
    a/k/a Omar Valle,
15. DEBBIE LEE MADRID,
    a/k/a Debbie Madrid,
16. LETICIA MOCTEZUMA,
    a/k/a "Lety,"
17. CHRISTINA FERNANDEZ-MOLINA,
    a/k/a 'Guera,"
18. **ROBERT JOSE CERVANTES JR.,**
19. ENEAS CAMACHO-DOMINGUEZ,
20. VINCE BENAVIDEZ, and
21. LUIS LUNA,
    a/k/a "Juan,"

    Defendants.

_____

## ORDER RESETTING SENTENCING HEARING
_____

THIS MATTER comes before the Court *sua sponte*. A scheduling conflict exists on the date this matter is set for a Sentencing Hearing. Accordingly,

**IT IS ORDERED** that the Sentencing Hearing previously set for March 10, 2008, at 9:15 a.m. is **reset to March 17, 2008, at 8:30 a.m.**

DATED this 15th day of January, 2008.

**BY THE COURT:**

*/s/ Marcia S. Krieger*
_____
Marcia S. Krieger
United States District Judge